[No. 70928-3-I.   Division One.   March 23, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ALEXANDER C. ARNOLD, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 13-1-00776-5, Charles R. Snyder, J., entered September 17, 2013. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Trickey, J., concurred in by Verellen, A.C.J., and Becker, J.

[No. 71115-6-I.   Division One.   March 23, 2015.]

WHITE WATER INVESTMENT, LLC, *Appellant*, v. COOL BEANS EASTLAKE, LLC, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-23303-9, Catherine D. Shaffer, J., entered October 11, 2013. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Cox and Lau, JJ.

[No. 71295-1-I.   Division One.   March 23, 2015.]

*In the Matter of the Marriage of* FANAYE ASHAGARI, *Respondent*, and ZELEKE KASSAHUN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-3-04683-6, Palmer Robinson, J., entered November 13 and 14, 2013. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Trickey, J., concurred in by Spearman, C.J., and Verellen, J.

[No. 71327-2-I.   Division One.   March 23, 2015.]

*In the Matter of the Marriage of* MICHAEL D. PEASE, *Appellant*, and ELEANOR M. RANDECKER-PEASE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 06-3-08023-1, Barbara Linde, J., entered November 22, 2013. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Cox and Dwyer, JJ.